# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2671
LT Case Nos. 2001219610
2020-DR-001686

_____

MARK A. HALL,

Appellant,

v.

DEPARTMENT OF REVENUE O/B/O
SARA M. MARUN,

Appellee.

_____

On appeal from the Circuit Court for Seminole County.
John Galluzzo, Judge.

Mark A. Hall, Deltona, pro se.

No appearance for Appellee.

September 26, 2023

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

LAMBERT, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____